No. 81–5060.   JOHNSON v. LOUISIANA, 454 U. S. 1100;

No. 81–5454.   ANTHON v. UNITED STATES, 454 U. S. 1164;

No. 81–5586.   DAVIS v. COMMISSIONER OF PATENTS AND TRADEMARKS, 454 U. S. 1090;

No. 81–5611.   FOWLER v. GARRAHY, GOVERNOR OF RHODE ISLAND, ET AL., 454 U. S. 1102;

No. 81–5666.   HEGWOOD v. BLACKBURN, WARDEN, 454 U. S. 1153;

No. 81–5712.   HOLLOWAY v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 454 U. S. 1154;

No. 81–5818.   SHABAZZ v. MAYNARD, WARDEN, ET AL., *ante*, p. 925; and

No. 81–5819.   PENOYER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION, *ante*, p. 925.   Petitions for rehearing denied.

No. 81–700.   LOESCH ET AL. v. UNITED STATES, 454 U. S. 1099.   Motion of petitioners to defer consideration of petition for rehearing denied.   Petition for rehearing denied.

FEBRUARY 23, 1982

No. 81–822.   LEVISON v. LEVISON, 454 U. S. 1147.   Petition for rehearing dismissed under this Court's Rule 53.

MARCH 1, 1982

No. 81–1161.   HIGHTOWER ET AL. v. SEARCY ET AL.   Affirmed on appeal from C. A. 11th Cir.